UNITED STATES of America

v.

Jon L. NEIMAN et al.

No. 17510.

United States Court of Appeals
Eighth Circuit.

Dec. 4, 1963.

Theodore L. Richling, Omaha, Neb., for appellant.

Charles M. Bosley, Palisade, Neb., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

NATIONAL LABOR RELATIONS
BOARD, Petitioner,

v.

KEN LEE, INC., Respondent.

No. 20492.

United States Court of Appeals
Fifth Circuit.

Dec. 26, 1963.

Marcel Mallet-Prevost, Asst. Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Gary Green, N.L.R.B., Washington, D. C., Arnold Ordman, Gen. Counsel, Allison W. Brown, Jr., Atty., N.L.R.B., for petitioner.

Frank A. Constangy, Fred Elarbee, Jr., Atlanta, Ga., Constangy & Prowell, Atlanta, Ga., for respondent.

Before RIVES and CAMERON, Circuit Judges, and HUNTER, District Judge.

PER CURIAM:

The Board's findings of fact are supported by substantial evidence on the record as a whole. We agree with its conclusions of law. The Board's order is. therefore

Enforced.

SOUTHERN PACIFIC COMPANY,.
Appellant,

v.

Johnson SMITH, Appellee.

No. 20663.

United States Court of Appeals
Fifth Circuit.

Dec. 26, 1963.

Harry McCall, Jr., Chaffe, McCall, Phillips, Burke, Toler & Hopkins, New Orleans, La., for appellant.

Richard C. Baldwin, New Orleans, La., Morris G. Becnel, Luling, La., Adams &. Reese, New Orleans, La., for appellee.

Before RIVES and CAMERON, Circuit Judges, and HUNTER, District Judge.

PER CURIAM:

In our opinion the district court correctly refused to direct a verdict for the defendant. In the alternative, the court. properly declined to limit the damages. recoverable so as to exclude damages for any permanent or future disability. We find no reversible error in any of the court's instructions to the jury. The: judgment is

Affirmed.